## INDUSTRIAL COMMISSION v GEORGE

Ohio Appeals, 6th Dist, Wood Co

Decided June 10, 1935

## SNOW et v FULTON et

Ohio Appeals, 9th Dist, Summit Co

No 2568.   Decided Jan 30, 1936

John W. Bricker, Attorney General Columbus, and R. R. Zurmehly, Columbus, for plaintiff in error.

Edward M. Fries, Bowling Green, for defendant in error.

A. L. Gebhard, Bryan, for plaintiff in error.

Newcomer & Parker, Bryan, for defendant in error.

For full opinion see 5 OO 478; 51 Oh Ap 521.